United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                           Case No. 2:24-mj-256

Maxwell Schultz

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   May 16, 2024 @ 1:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Brian Martinez |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Stacey MacDonald |
| Interpreter | | Pretrial/Probation: | Leticia Vazquez-Villa |
| Log In | 12:58 pm | Log Out | 1:03 pm |

Defendant advised of rights, charges, and penalties.

Defendant requested and will be appointed counsel for this proceeding.   The Southern District of Texas should determine if Defendant qualifies for appointed counsel.

Government agrees to release.

Order setting conditions of release issued.

Government reminded of their obligation under the Due Process Protections Act.

Defendant ordered to appear as required in the Southern District of Texas.